Date of Arrest: **11/05**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Carlos Armando ESPINOZA-Bojorquez<br>AKA: Ethan Tyler SEARCY<br>213389228<br>YOB: 1986<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. 21-1483MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about November 05, 2021 Defendant Carlos Armando ESPINOZA-Bojorquez, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about July 16, 2021. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos
SAD for JAB

Signature of Complainant
Jared Lasley
Border Patrol Agent

Sworn to before me and subscribed telephonically,

__November 08, 2021__ at __Yuma, Arizona__
Date                      City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Carlos Armando ESPINOZA-Bojorquez
AKA: Ethan Tyler SEARCY
213389228

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about November 05, 2021, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Phoenix, Arizona on or about July 15, 2021. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about July 16, 2021, through the port of Nogales, Arizona, subsequent to a conviction in a Superior Court, State of Texas, County of Carson, on or about July 08, 2015, for the crime of Money Laundering, a felony.

Agents determined that on or about November 04, 2021, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Justin McCain and BPA Richard Hiller.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Christian Wilson.

Signature of Complainant

Sworn to before me and subscribed telephonically,

November 08, 2021
Date

Signature of Judicial Officer

-2-

## *Probable Cause Statement*

I, Border Patrol Agent Jared Lasley, declare under penalty of perjury, the following is true and correct:

Defendant:            Carlos Armando ESPINOZA-Bojorquez

Dependents:           None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on one (1) previous occasions. The Defendant has been removed a total of one (1) times.

## **CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 04/23/2012 | CARSON COUNTY, TX | MONEY LAUNDERING | CONVICTED |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about November 05, 2021, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Phoenix, Arizona on or about July 15, 2021. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about July 16, 2021, through the port of Nogales, Arizona, subsequent to a conviction in a Superior Court, State of Texas, County of Carson, on or about July 08, 2015, for the crime of Money Laundering, a felony.

Agents determined that on or about November 04, 2021, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Executed on: *November 06, 2021*      Time: *06:37 AM MST*

Signed: *Jared Lasley, Border Patrol Agent*      *Jared Lasley*